UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STATE OF LOUISIANA, through the COASTAL PROTECTION AND RESTORATION AUTHORITY BOARD, and COASTAL PROTECTION AND RESTORATION AUTHORITY | * * * | CASE NO. 24-1075 SECT. G(2) CHIEF JUDGE BROWN |
| vs. | * | MAG. CURRAULT |
| UNITED STATES DEPARTMENT OF THE ARMY | * | |

### JOINT MOTION TO STAY AND ADMINISTRATIVELY CLOSE

**NOW INTO COURT**, through the undersigned counsel, jointly come plaintiffs, the State of Louisiana, through its Coastal Protection and Restoration Authority Board and Coastal Protection and Restoration Authority (collectively the "State"), and defendant, the United States Department of the Army (the "Army"), and, for the following good-cause reasons, respectfully move the Court to stay and administratively close for statistical purposes this civil action in its entirety, without prejudice to a later motion from either party to dismiss or reopen.

The State initiated this action against the Army under the Flood Control Act and Administrative Procedure Act, seeking equitable relief and compensatory damages. *See generally* Rec. Doc. 1 (Complaint). The State's Complaint alleges defects in the design and construction of canal closures and pumps adjacent to outfall canals along Lake Pontchartrain (the "PCCP Project") that allegedly do not meet the obligations and duties required of the Army in the Project Partnership Agreement and amendments thereto (collectively referred to as the "PPA"). *Id.* The Army's contractor, PCCP Constructors, A Joint Venture ("PCCP JV"), also initiated five lawsuits against the United States in the United States Court of Federal Claims challenging five Final Decisions

issued by the Army Corps of Engineer's Contracting Officer related to the same underlying allegations stated in the State's complaint in this Court.

Prior to the filing of PCCP JV's lawsuits in the Court of Federal Claims, the Army, and PCCP JV had executed settlement agreements (the "PCCP Settlements") to remediate certain deficiencies and warranty obligations related to the same canal closures and pumps identified in the State's present civil action and in PCCP JV's five cases filed in the Court of Federal Claims. If the Army accepts PCCP JV's agreed-upon remediation work and withdraws the Contracting Officer's final decisions, as outlined in the settlement agreements, PCCP JV will request that the Court of Federal Claims ("COFC") dismiss its pending actions in the COFC. Those cases are likely to be stayed in the meantime. The Army's final acceptance deadline for PCCP JV's remediation work under the PCCP Settlements is June 1, 2026.  The State is not a party to PCCP JV's lawsuits or the PCCP Settlements but has reviewed the settlement agreements and believes that the scope of work outlined in the agreements, if completed and accepted by the Army, is likely to resolve this case.

The State filed the present civil action to protect its legal rights and avoid the prescription of any legal claims.   In light of the Army's continued efforts to resolve the defects and failures, as well as the above-described PCCP Settlements, the State has agreed to stay and administratively close the present litigation.

Accordingly, the parties have agreed upon and will execute an Agreement to Stay Litigation (the "Agreement") and request this Court stay and administratively close this civil action without prejudice to a later motion from either party to dismiss or reopen the litigation.

**WHEREFORE**, for these reasons, the parties jointly pray that the Court grant this motion and enter an order staying and administratively closing this civil action for statistical purposes in

its entirety, without prejudice to a later motion from either party to dismiss or reopen it.

Respectfully submitted,

By: /s/ Michelle Cumberland
JOHN B. DUNLAP III (No. 19431)
JENNIFER FIORE (No. 28038)
HUNTER BERTRAND (No. 30181)
MICHELLE CUMBERLAND (No. 30681)
ERIN FONACIER (No. 33861)
DUNLAP FIORE, LLC
5700 Jefferson Hwy., Building #2
Baton Rouge, LA 70806
Telephone: (225) 282-0664
Facsimile: (225) 282-0680
Email: jdunlap@dunlapfiore.com
jfiore@dunlapfiore.com
hbertrand@dunlapfiore.com
mcumberland@dunlapfiore.com
efonacier@dunlapfiore.com

By: /s/ David A. Peterson
LIZ MURRILL
ATTORNEY GENERAL
David A. Peterson (#22591)
Ryan M. Seidemann, Ph.D, (#28991)
Assistant Attorneys General
Louisiana Department of Justice
Civil Division
P.O. Box 94005
Baton Rouge, Louisiana 70821
petersonrl@ag.louisiana.gov
seidemannr@ag.louisiana.gov

By: /s/ Andrew Warner
BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
KIRK T. MANHARDT
Director
MARC S. SACKS
Senior Litigation Counsel
ANDREW WARNER
KATHERINE E. CANNING
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L St NW, Room 7104
Washington, DC 20005
Tele: (202)307-0958
andrew.warner@usdoj.gov

DUANE A. EVANS
UNITED STATES ATTORNEY
Peter M. Mansfield (#28671)
Assistant United States Attorney
Chief, Civil Division
650 Poydras St., Suite 1600
New Orleans, Louisiana 70130
Tele: (504) 680-3047
peter.mansfield@usdoj.gov