## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STATE OF LOUISIANA, through the COASTAL PROTECTION AND RESTORATION AUTHORITY BOARD, and COASTAL PROTECTION AND RESTORATION AUTHORITY** | * * * | **CASE NO. 24-1075** <br> **SECT. G(2)** <br> **CHIEF JUDGE BROWN** |
| **vs.** | * | **MAG. CURRAULT** |
| **UNITED STATES DEPARTMENT OF THE ARMY** | * | |

## **ORDER**

Considering plaintiffs, the State of Louisiana, through its Coastal Protection and Restoration Authority Board and Coastal Protection and Restoration Authority, and defendant, the United States Department of the Army's, joint motion to stay and administratively close:

**IT IS HEREBY ORDERED** that the parties' joint motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this entire civil action is hereby **STAYED** until further order of this Court.

**IT IS FURTHER ORDERED** that the Clerk of Court **ADMINISTRATIVELY CLOSE** this action for statistical purposes and without prejudice to either party moving the Court to dismiss or reopen this matter at a later date.

New Orleans, Louisiana, this ____ day of _____, 2024.

_____
HON. NANNETTE JOLIVETTE BROWN
CHIEF JUDGE, EASTERN DISTRICT OF LOUISIANA